

# United States District Court
# Northern District of Illinois

In the Matter of

| | |
|---|---|
| Automotive Keys Group, LLC | District Judge Steven C. Seeger |
| v. | Case No. 22-CV-04930 |
| Fidel Sanchez et al. | Designated Magistrate Judge Beth W. Jantz |

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

*Judge Elaine E. Bucklo*

Date: Wednesday, September 14, 2022

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

*Chief Judge Rebecca R. Pallmeyer*

Dated: Wednesday, September 14, 2022

District Reassignment - By Lot

- 28:294(b) I transfer this case to the Executive Committee for reassignment to another judge pursuant to the provisions of 28 USC 294(b). The receiving judge will receive equalization credit.

........................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: