IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| AUTOMOTIVE KEYS GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-4930 |
| v. | ) | |
| | ) | Hon. Judge Steven C. Seeger |
| FIDEL SANCHEZ and ELECTRONIC ACCESS SPECIALISTS, INC., doing business as SOUTHERN LOCK AND SUPPLY CO., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STATEMENT BY DEFENDANTS' COUNSEL REGARDING COMPLIANCE WITH STANDING ORDER ABOUT CONTACTING THE COURT AND THE ORDER AT DOCKET ENTRY NO. 26**

The undersigned lead counsel for the Defendants in this cause confirms that he has read and will comply with both the Court's Standing Order About Contacting the Court and its Order at Docket Entry No. 26, and thanks the Court.

Dated: September 23, 2022         By:     /s/Gregg I. Minkow
                                                    Defendants' Lead Attorney

Gregg I. Minkow
Minkow & Bergman, LLC
161 N. Clark Street, Suite 1600
Chicago, Illinois 60601
Phone: (847) 489-6999
Fax: (847) 753-9974
Email: gminkow@minkowbergman.com
Attorney No. 6181058