# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AUTOMOTIVE KEYS GROUP, LLC, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> FIDEL SANCHEZ : <br> : <br> and : <br> : <br> ELECTRONIC ACCESS SPECIALISTS, INC. : <br> d/b/a SOUTHERN LOCK AND SUPPLY CO., : <br> : <br> Defendants. : | Case No. 1:22-cv-04930 <br><br> Judge Steven C. Seeger |

## PLAINTIFF'S STATEMENT REGARDING COURT ORDER

Pursuant to the Court's order (Dkt No. 26), Plaintiff Automotive Keys Group, LLC ("AKG") and its counsel, Margo Wolf O'Donnell hereby submit this Statement.

1. On September 23, 2022, this Court issued an Order requiring the filing of this Statement by lead counsel.

2. Lead counsel, Margo Wolf O'Donnell, and the other attorneys representing Plaintiff in this matter have reviewed the Court's Order issued today regarding contacting the Court (Dkt No 26) as well as the Court's Standing Order and will comply with both the Court's Order issued today and the Court's Standing Order.

20011070 v1

|  |  |
|---|---|
| Dated: September 23, 2022 | Respectfully submitted,<br><br>*/s/ Margo Wolf O'Donnell*<br>Margo Wolf O'Donnell (6225758)<br>Emily N. Dillingham (6290333)<br>Christopher W. Pendleton (pro hac vice forthcoming)<br><br>**BENESCH, FRIEDLANDER,**<br>  **COPLAN & ARONOFF LLP**<br>71 S. Wacker Drive, Suite 1600<br>Chicago, Illinois 60606-2211<br>Telephone: 312.212.4982<br>Facsimile: 312.767.9192 |

20011070 v1

CERTIFICATE OF SERVICE

The undersigned, an attorney, does hereby certify that they caused a true and correct copy of PLAINTIFF'S STATEMENT REGARDING COURT ORDER to be served upon all parties by this Court's ECF system, this 23rd day of September 2022.

/s/ Margo Wolf O'Donnell