**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| AUTOMOTIVE KEYS GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-04930 |
| | ) |
| FIDEL SANCHEZ and ELECTRONIC ACCESS | ) Hon. Judge Steven C. Seeger |
| SPECIALISTS, INC., doing business as | ) |
| SOUTHERN LOCK AND SUPPLY CO., | ) Magistrate Judge Beth W. Jantz |
| | ) |
| Defendants. | ) |

**DEFENDANT FIDEL SANCHEZ'S MOTION TO PRELIMINARILY AND PERMANENTLY ENJOIN OR, IN THE ALTERNATIVE, TO STAY ARBITRATION**

Defendant Fidel Sanchez, by his undersigned counsel and pursuant to the accompanying Memorandum, respectfully asks the Court to stay or enjoin Plaintiff Automotive Keys Group, LLC ("AKG") and those actively in concert with it from proceeding with the arbitration purportedly filed by AKG with the American Arbitration Association, preliminarily and permanently, and for such other relief as is just, for reasons set forth in the accompanying Memorandum.

Dated: May 8, 2023

| | |
|---|---|
| Gregg I. Minkow (Atty No. 6181058) | FIDEL SANCHEZ, Defendant |
| Minkow & Bergman, LLC | |
| 161 N. Clark Street, Suite 1600 | By: /s/Gregg I. Minkow |
| Chicago, IL 60601 | One of His Attorneys |
| Phone: (847) 489-6999 | |
| Email: gminkow@minkowbergman.com | |

Kevin M. Cloutier (Atty No. 6273805)
Mikela T. Sutrina (Atty. No. 6311408)
Sheppard, Mullin, Richter & Hampton
321 N. Clark Street, 32nd Floor
Chicago, IL 60601
Phone: (312) 499-6300
Email: kcloutier@sheppardmullin.com
Email: msutrina@sheppardmullin.com