IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AUTOMOTIVE KEYS GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:22-cv-04930 |
| ) | |
| FIDEL SANCHEZ and ELECTRONIC ACCESS ) | Hon. Judge Steven C. Seeger |
| SPECIALISTS, INC., doing business as ) | |
| SOUTHERN LOCK AND SUPPLY CO., ) | Magistrate Judge Beth W. Jantz |
| ) | |
| Defendants. ) | |

**AGREED JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE
FOR SETTLEMENT CONFERENCE AND TO STAY PROCEEDINGS**

Plaintiff AUTOMOTIVE KEYS GROUP, LLC ("AKG") and Defendants, FIDEL SANCHEZ ("Sanchez") and ELECTRONIC ACCESS SPECIALISTS, INC., doing business as SOUTHERN LOCK AND SUPPLY CO. ("Southern Lock") (collectively the "Parties"), by their undersigned attorneys, jointly ask the Court to: (i) refer the case to the HONORABLE MAGISTRATE JUDGE BETH W. JANTZ for the sole purpose of conducting a settlement conference; and concurrently (ii) suspend the current briefing schedules on pending motions and due dates on outstanding discovery requests, to enable the Parties to conserve resources and focus on attempting to amicably resolve their controversy. In support of this agreed joint motion, the Parties state as follows:

1.   Counsel for the Parties have held several recent phone conferences which have persuaded them the time is ripe for a serious attempt to settle the case with the assistance of the Magistrate Judge assigned to the case.

2. Since the cost of further litigation forms part of the motivation to explore settlement possibilities, the Parties also mutually request a pause in litigation activities while they focus on seeking a settlement. In that regard:

a. There are presently due: on May 31, 2023, a Response from AKG to Sanchez's Motion to Preliminarily and Permanently Enjoin Or, In The Alternative, To Stay Arbitration (Dkt. 78); on June 1, 2023, a Reply from Defendants in support of their FRCP 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. 71); and on June 9, 2023, a Reply from Sanchez on his above-mentioned motion regarding arbitration.

b. In addition, while some written discovery has already been responded to, discovery responses are due from AKG on May 25, 2023, further discovery responses are due from Defendants on May 29, 2023, and several deposition notices and subpoenas are outstanding.

c. AKG has made a Demand for Arbitration to the American Arbitration Association ("AAA"), which is the subject of Sanchez's motion at Dkt. 78 and related papers.

In line with their motivation to conserve resources, the Parties wish to have all the deadlines in ¶¶ a and b, above, be suspended or vacated while they pursue a possible settlement, and if the Court grants the requested relief, AKG will similarly request for the AAA to suspend its activity and vacate any pending deadlines to similarly accommodate the Parties' efforts to reach a resolution (which AAA has agreed to do in that event).

In submitting this agreed joint motion, and in the course of the Parties' efforts to reach a resolution through a settlement conference should the Court grant this motion, the Parties expressly reserve any and all rights and do not waive any right to seek any relief in Court or in any arbitration proceeding pending before the AAA, and any objections thereto.

WHEREFORE, the Parties jointly ask the Court to enter an Order: (A) referring the case to Magistrate Judge Jantz for a settlement conference only; (B) suspending or vacating the current briefing schedules on all pending motions, and the due dates on all outstanding discovery requests, and staying all other formal discovery, until and unless the Court is informed that settlement efforts have failed; (C) allowing the Parties, if a settlement does not materialize at the settlement conference, to request extensions to the time periods specified in the Joint Initial Status Report (Dkt. 67, adopted in Dkt. 68) and in the briefing schedules set forth in Dkt. 73 and Dkt. 80; and (D) granting such other relief as is just.

May 24, 2023

Respectfully submitted,

*/s/ Margo Wolf O'Donnell*
Margo Wolf O'Donnell (6225758)
Emily Newhouse Dillingham (6290333)
Jordan J. Call (6340589)
Katie M. Burnett (6326652)
P. Alexander Ehler (6341583)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606-2211
Telephone: 312.212.4982
Email: modonnell@beneschlaw.com
　　　　edillingham@beneschlaw.com
　　　　jcall@beneschlaw.com
　　　　kburnett@beneschlaw.com
　　　　paehler@beneschlaw.com

*Counsel for Plaintiff Automotive Keys Group, LLC*

*/s/ Gregg I. Minkow*
Gregg I. Minkow (6181058)
**MINKOW & BERGMAN, LLC**
161 N. Clark Street, Suite 1600
Chicago, Illinois 60601
Telephone: 847.489.6999
Email: gminkow@minkowbergman.com
*Counsel for Defendants Fidel Sanchez and Electronic Access Specialists, Inc. d/b/a Southern Lock and Supply Co.*

Kevin M. Cloutier (6273805)
Mikela T. Sutrina (6311408)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
321 N. Clark St., 32nd Floor
Chicago, IL 60654
Telephone: 312.499.6300
Email: kcloutier@sheppardmullin.com
　　　　msutrina@sheppardmullin.com

*Counsel for Defendants Fidel Sanchez and Electronic Access Specialists, Inc. d/b/a Southern Lock and Supply Co.*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, does hereby certify that they caused a true and correct copy of the foregoing AGREED JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE AND TO STAY PROCEEDINGS to be served upon all parties by this Court's ECF system, this 24th day of May 2023.

*/s/ Margo Wolf O'Donnell*