**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AUTOMOTIVE KEYS GROUP, LLC, | : |
| Plaintiff, | : Case No. 1:22-cv-04930 |
| v. | : Hon. Judge Steven C. Seeger |
| FIDEL SANCHEZ | : Magistrate Judge Beth W. Jantz |
| and | : |
| ELECTRONIC ACCESS SPECIALISTS, INC. d/b/a SOUTHERN LOCK AND SUPPLY CO., | : |
| Defendants. | |

**[PROPOSED] ORDER STAYING PROCEEDINGS AND REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

This matter coming to be heard on the parties' agreed joint motion for referral to Magistrate Judge Beth W. Jantz for a settlement conference and to stay proceedings (Dkt. 83),

**IT IS HEREBY ORDERED**:

The parties' joint motion for referral to Magistrate Judge Beth W. Jantz for a settlement conference and to stay proceedings is hereby granted as follows:

(a)     This matter is hereby referred to Magistrate Judge Beth W. Jantz only for a settlement conference to be scheduled by Magistrate Judge Jantz with the parties. The parties are directed to comply with Magistrate Judge Jantz's Standing Order for Settlement Conferences.

(b)     The Court hereby vacates the current case schedule, vacates the due dates for briefs on pending motions, vacates the due dates for responses to all outstanding discovery requests, and stays all other formal discovery in this action.

(c)     In the event the parties are unable to reach a settlement at the settlement conference and any subsequent settlement conference sessions if applicable, the parties are directed to submit

to the Court a proposed case schedule on all remaining case events and previous deadlines, including proposed due dates for all pending motions, within fourteen (14) days of the final settlement conference session.

_____
JUDGE STEVEN C. SEEGER

DATED: _____